IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fulford, Tracy E

Printed: 8/12/08

Case Number: 06 B 16598
Judge: Wedoff, Eugene R
Filed: 12/15/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 26, 2008
Confirmed: March 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,400.00 |  |
| Secured: |  | 5,446.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 453.60 |
| Other Funds: |  | 0.00 |
| Totals: | 8,400.00 | 8,400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,500.00 | 2,500.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 4. | Hyundai Motor Finance | Secured | 6,843.41 | 2,113.80 |
| 5. | Wells Fargo Home Mortgage | Secured | 11,000.00 | 3,332.60 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | 18,624.41 | 0.00 |
| 7. | Internal Revenue Service | Priority | 543.49 | 0.00 |
| 8. | Illinois Dept Of Healthcare And Family | Priority | 20,222.92 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 204.27 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 3,758.63 | 0.00 |
| 11. | U.S. Department Of Education | Unsecured | 3,767.24 | 0.00 |
| 12. | Hyundai Motor Finance | Unsecured | 18,913.16 | 0.00 |
| 13. | RMI/MCSI | Unsecured | 167.38 | 0.00 |
| 14. | Midland Credit Management | Unsecured | 1,542.81 | 0.00 |
| 15. | Service Credit Union | Unsecured | 259.11 | 0.00 |
| 16. | Illinois Dept Of Healthcare And Family | Unsecured | 0.21 | 0.00 |
| 17. | T Mobile USA | Unsecured | 245.08 | 0.00 |
| 18. | Internal Revenue Service | Unsecured | 3,171.74 | 0.00 |
| 19. | Nicor Gas | Unsecured | 4,274.18 | 0.00 |
| 20. | Illinois Dept of Revenue | Unsecured | 101.09 | 0.00 |
| 21. | Beatrice Liank | Priority | | No Claim Filed |
| 22. | ER Solutions | Unsecured | | No Claim Filed |
| 23. | HSBC Bank USA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 96,139.13 | $ 7,946.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Fulford, Tracy E

Printed:  8/12/08

Case Number:  06 B 16598
Judge:  Wedoff, Eugene R
Filed:  12/15/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 453.60 |
| | _____ |
| | $ 453.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

